UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **MICHAEL MILES, an Individual**, | ) |
| Plaintiff, | ) Case No. 3:19-cv-739 |
| v. | ) **Judge Jeffrey J. Helmick** |
| **Village of Bluffton, an** Ohio incorporated municipality, | ) **Magistrate Judge James R. Knepp, II.** |
| Defendant | ) |

# NOTICE OF SETTLEMENT

AND NOW come the parties by their undersigned counsel and advise this Honorable Court that the parties have reached an agreement in principle. The parties are finalizing settlement and dismissal documents and expect to file the dismissal papers within forty-five (45) days.

Dated: August 12, 2019

Respectfully submitted,

BY: */s/ Owen B. Dunn Jr.*
Owen B. Dunn, Jr. 0074743
Law Offices of Owen Dunn Jr.
Valerie J. Fatica 0083812
The Ottawa Hills Shopping Center
4334 W. Central Ave., Suite 222
Toledo, OH 43615
(419) 241-9661 (Telephone)
(419) 241-9737 (Facsimile)
dunnlawoffice@sbcglobal.net

BY: /S/ Jane M. Lynch_____
JANE M. LYNCH (#0012180)
JARED A. WAGNER (#0076674)
GREEN & GREEN, Lawyers
800 Performance Place
109 North Main Street
Dayton, Ohio 45402
Tel. 937.224.3333
Fax. 937.224.4311
jmlynch@green-law.com
jawagner@green-law.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was on this 12th day of August 2019 served electronically to:

JANE M. LYNCH (#0012180)
JARED A. WAGNER (#0076674)
GREEN & GREEN, Lawyers
800 Performance Place
109 North Main Street
Dayton, Ohio 45402
Tel. 937.224.3333
Fax. 937.224.4311
jmlynch@green-law.com
jawagner@green-law.com

                                         By:   /s/ Owen B. Dunn, Jr.
                                                 Owen B. Dunn, Jr. Esq