IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **Michael Miles** : | | CASE NO. 3:19-cv-739 |
| | | **Judge Jeffrey Hemlich** |
| **Plaintiff.** : | | |
| v. | | |
| | : | |
| **Village of Bluffton** | | **STIPULATED DISMISSAL** |
| | : | **WITH PREJUDICE** |
| **Defendant.** | | |
| | : | |

The parties as evidenced by the signature of their respective counsel below and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of all the claims Michael Miles brought and/or could have brought in this action, with each party to bear its own costs, fees, including but not limited to attorney fees, and expenses for such claims and/or in any manner related to this action. The Parties agree that the Court shall retain jurisdiction over this matter solely for the purpose of enforcement of the terms and conditions of the written settlement agreement, which is incorporated herein by reference.

Stipulated to by:

/s/ Jared A. Wagner
Jane M. Lynch (0012180)
Jared A. Wagner (0076674)
Green & Green, Lawyers
800 Performance Place
109 North Main Street
Dayton, Ohio 45402-1290
Tel. 937.224.3333
Fax. 937.224.4311
jmlynch@green-law.com
jawagner@green-law.com
*Counsel for Defendants*

/s/ Owen b. Dunn per electronic authority 08.29.19
Owen B. Dunn, Jr. (0074743)
Law Offices of Owen Dunn, Jr.
The Ottawa Hills Shopping Center
4334 W. Central Avenue, Suite 222
Toledo, Ohio 43615
Tel. 419.241.9661
Fax. 419.241.9737
dunnlawoffice@sbcglobal.net
*Counsel for Plaintiff*

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge